UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Lisa GUFFEY, et al.,

   Plaintiffs-Appellees-Cross-Appellants,

     v.

James C. DUFF, in his official capacity,

   Defendant-Appellant-Cross-Appellee.

Nos. 20-5183 & 20-5208

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1) and this Court's order of July 15, 2020, counsel for Plaintiffs-Appellees-Cross-Appellants certify as follows:

A. Parties and Amici

The parties before the district court and this Court in this case are:

     Lisa Guffey (Plaintiff-Appellee-Cross-Appellant)

     Christine Smith (Plaintiff-Appellee-Cross-Appellant)

     James C. Duff (Defendant-Appellant-Cross-Appellee)

The Chief Judge of the D.C. Circuit is a member of the Judicial Conference and may have acted in this matter either through involvement with the Defendant's development and/or promulgation, in 2017 and 2018, of the rules that Plaintiffs challenge in this action, or with regard to the Defendant's 2020 decision to file this appeal.

B. Rulings Under Review

The rulings under review in both the appeal and the cross-appeal are the Order and Opinion of the U.S. Court of Appeals for the District of Columbia Circuit (Cooper, J.), No. 1:18-cv-01271-CRC, ECF 33 & 34 (April 29, 2020).

The opinion is reported as *Guffey v. Duff*, ___ F. Supp. 3d ___, 2020 WL 2065274 (D.D.C. Apr. 29, 2020).

C. Related Cases

There are no related cases of which counsel are aware.


July 23, 2020                                    Respectfully submitted,

/s/ *Scott Michelman*
Scott Michelman
Arthur B. Spitzer
Michael Perloff
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street NW, Second Floor
Washington, DC 20005
(202) 457-0800
smichelman@acludc.org

*Attorneys for Plaintiffs*