**[ORAL ARGUMENT NOT YET SCHEDULED]**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LISA GUFFEY and CHRISTINE SMITH,<br><br>                    Plaintiffs-Appellees,<br><br>          v.<br><br>JAMES C. DUFF, in his official capacity as Director of the Administrative Office of the United States Courts,<br><br>                    Defendant-Appellant. | No. 20-5183 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

**A.      Parties and Amici**

Plaintiffs-appellees are Lisa Guffey and Christine Smith.

Defendant-appellant is James C. Duff, in his official capacity as Director of the Administrative Office of the United States Courts.

**B.      Rulings Under Review**

Defendant appeals from the Opinion and Order entered on April 29, 2020, by Judge Christopher R. Cooper in No. 18-cv-1271 (D.D.C.), as well as all prior orders and decisions in that case.   Neither the Opinion nor the Order has been published.

## C.     Related Cases

The case on review has not previously been before this Court or any other court.  Counsel is unaware of any related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C), apart from plaintiffs' cross-appeal in *Guffey v. Duff*, No. 20-5208 (D.C. Cir.).

Respectfully submitted,

 s/ Weili J. Shaw
WEILI J. SHAW
(202) 514-1371
Attorney, Appellate Staff
Civil Division, Room 7240
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530

JULY 2020