**[ORAL ARGUMENT NOT YET SCHEDULED]**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

LISA GUFFEY and CHRISTINE SMITH,

                Plaintiffs-Appellees,

    v.

JAMES C. DUFF, in his official capacity as Director of the Administrative Office of the United States Courts,

                Defendant-Appellant.

No. 20-5183

---

**STATEMENT OF ISSUE TO BE RAISED**

Whether the district court erred in holding that certain restrictions in the Code of Conduct for the Administrative Office of the United States Courts violate the First Amendment and in enjoining defendant from enforcing those restrictions.

                Respectfully submitted,

                s/ Weili J. Shaw
                WEILI J. SHAW
                (202) 514-1371
                Attorney, Appellate Staff
                Civil Division, Room 7240
                U.S. Department of Justice
                950 Pennsylvania Ave., N.W.
                Washington, D.C.  20530

JULY 2020