# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. **20-5208**
2. DATE DOCKETED: **07-15-2020**
3. CASE NAME (lead parties only) **GUFFEY** v. **DUFF**
4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ☐ Private Civil ☐ Criminal ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ☐ Yes  ⦿ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.   Bankruptcy Court Docket No.   Tax Court Docket No.
      Civil Action **1:18-cv-1271-CRC**   Bankruptcy ___   Tax ___
      Criminal ___   Adversary ___
      Miscellaneous ___   Ancillary ___
   b. Review is sought of:
      ☒ Final Order  ☐ Interlocutory Order appealable as of right  ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge **Cooper**   Magistrate Judge ___
   d. Date of order(s) appealed (use date docketed): **April 29, 2020**   e. Date notice of appeal filed: **July 9, 2020**
   f. Has any other notice of appeal been filed in this case? ⦿ Yes ☐ No  If YES, date filed: **June 26, 2020**
   g. Are any motions currently pending in trial court? ☐ Yes ⦿ No  If YES, date filed: ___
      If YES, identify motion ___
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ☐ Yes ⦿ No
      If NO, why not? **Unnecessary**
   i. Has this case been before the Court under another appeal number? ☐ Yes Appeal # ___  ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue*, currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes ⦿ No If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? ☐ Yes ⦿ No
      If YES, give popular name and citation of statute
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ☐ Yes ⦿ No  If so, provide program name and participation dates

Signature **/s/ Scott Michelman**   Date **08-10-2020**
Name of Party **Lisa Guffey & Christine Smith**
Name of Counsel for Appellant/Petitioner **Scott Michelman**
Address **ACLU Found. of District of Columbia, 915 15th St., Second Floor, Washington DC 20005**
Phone ( **202** ) **601-4267**   Fax ( ___ ) ___ - ___

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)