ARGUED SEPTEMBER 20, 2021

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LISA GUFFEY and CHRISTINE SMITH,<br><br>      Plaintiffs-Appellees/<br>      Cross-Appellants,<br><br>   v.<br><br>ROSLYNN R. MAUSKOPF, in her official capacity as Director of the Administrative Office of the United States Courts,<br><br>      Defendant-Appellant/<br>      Cross-Appellee. | Nos. 20-5183, 20-5208 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR REHEARING OR REHEARING EN BANC**

  Appellant/cross-appellee Roslynn R. Mauskopf, in her official capacity as Director of the Administrative Office of the United States Courts (AO), respectfully moves to extend the time to file a petition for rehearing or rehearing en banc by 30 days. This motion is unopposed. In support of this motion, the government states as follows:

  1. This case involves a First Amendment challenge to restrictions on partisan political activity by AO employees. The panel issued its judgment in this case on August 16, 2022. A petition for rehearing or rehearing en banc, if any,

1

would be due on September 30, 2022. The government has not previously sought an extension of this deadline.

2.　　The Solicitor General is responsible for determining whether the government should petition for rehearing en banc in this case, and if so, on what grounds. *See* 28 C.F.R. § 0.20(b). The requested extension is necessary to permit adequate consultation among the components of the government affected by the panel's decision and, if authorized by the Solicitor General, preparation of a petition along the lines she has directed.

3.　　An extension is also necessary because of pressing litigation deadlines for Weili Shaw, the attorney in the U.S. Department of Justice primarily responsible for preparing a petition for rehearing or rehearing en banc if such a filing is authorized. Mr. Shaw is also responsible for preparing or reviewing the government's briefs in *O'Key v. United States*, No. 22-30468 (5th Cir.) (due Oct. 3, 2022) and *Kellom v. Quinn*, No. 22-1591 (6th Cir.) (due Oct. 12, 2022).

4.　　Counsel for appellees/cross-appellants does not oppose this motion.

## CONCLUSION

For the foregoing reasons, the government requests that the Court extend the time to file a petition for rehearing or rehearing en banc by 30 days, to and including October 31, 2022.

Respectfully submitted,

s/ Weili J. Shaw
Weili J. Shaw
(202) 514-1371
Attorney, Appellate Staff
Civil Division
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Washington, D.C.  20530

*Attorney for Defendant-Appellant/
Cross-Appellee*

SEPTEMBER 2022

# CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains **312** words, according to the count of Microsoft Word.

s/ Weili J. Shaw
WEILI J. SHAW
