UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

Lisa GUFFEY, et al.,

   Plaintiffs-Appellees-Cross-Appellants,

     v.

James C. DUFF, in his official capacity,

   Defendant-Appellant-Cross-Appellee.

Nos. 20-5183 & 20-5208

---

**STATEMENT OF ISSUES RAISED ON CROSS-APPEAL**

Whether, consistent with the First Amendment, the Administrative Office of the United States Courts may ban employees who have no role in adjudicating cases from two types of political participation, even on their own time, outside of work, and without identifying themselves with their employer:

  (1) driving voters to polls on behalf of a party or partisan candidate, and

  (2) organizing events for a partisan candidate for office.

August 10, 2020

Respectfully submitted,

/s/ *Scott Michelman*
Scott Michelman
Arthur B. Spitzer
Michael Perloff
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street NW, Second Floor
Washington, DC 20005
(202) 457-0800
smichelman@acludc.org

*Attorneys for Plaintiffs*