# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

Filed: January 13, 2023

No. 20-5183

LISA GUFFEY AND CHRISTINE SMITH,
APPELLEES

v.

ROSLYNN R. MAUSKOPF, IN HER OFFICIAL CAPACITY AS
DIRECTOR OF THE ADMINISTRATIVE OFFICE OF THE UNITED
STATES COURTS,
APPELLANT

---

Consolidated with 20-5208

---

Appeals from the United States District Court
for the District of Columbia
(No. 1:18-cv-01271)

---

On Petition for Rehearing En Banc

---

Before: SRINIVASAN, *Chief Judge*; HENDERSON**, MILLETT, PILLARD*, WILKINS, KATSAS, RAO, WALKER, CHILDS, and PAN, *Circuit Judges*

2

**O R D E R**

Appellant's petition for rehearing en banc and the response thereto were circulated to the full court, and a vote was requested. Thereafter, a majority of the judges eligible to participate did not vote in favor of the petition. Upon consideration of the foregoing, it is

**ORDERED** that the petition be denied.

**Per Curiam**

                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

BY:    /s/
           Daniel J. Reidy
           Deputy Clerk

\* Circuit Judge Pillard did not participate in this matter.

\*\* Circuit Judge Henderson would grant the petition for rehearing en banc. A statement by Circuit Judge Henderson, dissenting from the denial of rehearing en banc, is attached.

KAREN LECRAFT HENDERSON, *Circuit Judge*, dissenting from the denial of rehearing en banc: For the reasons explained in my panel dissent, which is hereby incorporated by reference thereto, *Guffey v. Mauskopf*, 45 F.4th 442, 452–62 (D.C. Cir. 2022) (Henderson, J., dissenting), I dissent from the denial of rehearing en banc.